AMERICAN GROCERY COMPANY, Appellant, *v.* CHARLES M. PRATT, Respondent, Impleaded, etc.

*American Grocery Co.* v. *Pratt*, 36 App. Div. 152, affirmed.
(Argued January 10, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1899, which affirmed a judgment in favor of defendant, entered upon a dismissal of the complaint at a Trial Term.

82

*D. M. Porter* for appellant.

*Lewis Cass Ledyard* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.